Argued and submitted July 29, conviction affirmed; remanded for resentencing September 15, 1999

## STATE OF OREGON,
*Respondent,*

*v.*

## GLENN LAWRENCE LAGREW,
*Appellant.*

(9710-37925 and 9712-20337;
CA A102623 (Control) and A102624)
(Cases Consolidated)

986 P2d 667

Stephen J. Williams, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Public Defender.

Jennifer S. Lloyd, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Conviction affirmed; remanded for resentencing. *State v. Bagley*, 158 Or App 589, 976 P2d 75 (1999).